UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| GIANNE THOME, | 2:11-CV-01085-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| PEPPERMILL RESTAURANT, *et al.*, | |
| Defendants. | |

On August 15, 2011, Defendants filed a Motion to Dismiss Or In The Alternative, For More Definite Statement (Docs. #7 & #8). Although advised by the Court of her responsibility to do so (Doc. #9), Plaintiff has failed to file a timely response to Defendants' Motions. As a result, Plaintiff consents to the granting of the relief requested by Defendants. Moreover, a review of Defendants' Motions shows that Defendants are entitled to the relief on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #7) is **GRANTED** and that Plaintiff's Complaint is hereby dismissed with prejudice. The Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

**IT IS FURTHER ORDERED** that Defendants' Motion for More Definite Statement (Doc. #8) is **DENIED** as moot.

Dated: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge